THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
DAVID PETERS, PLAINTIFF IN ERROR.

Submitted December 6, 1915—Decided June 19, 1916.

On error to the Supreme Court, in which the following
*per curiam* was filed:

"The defendant was indicted for and convicted of assault
in shooting at children who invaded his yard; and the case
is here on the entire record.

"It is urged that the testimony adduced by the state does
not support the verdict. We think there was testimony *pro*
and *con* upon the facts, and the jury were entitled to draw
such inferences as they thought were justifiable from the tes-
timony, the circumstances and the conduct of the parties.
There was enough in the testimony to warrant the conviction
if the jury believed the testimony upon the part of the state.

"We think the comments of the learned trial court upon
the testimony were not improper, and were entirely within
the sphere of judicial comment, and in nowise prejudicial to
defendant. The reference made by the court to the interest
of the witnesses was in accordance with the recognized rules
of evidence, and was not improper.

"The reply made by the learned trial court to the inquiry
in writing submitted by the jury, viz., whether it was pos-
sible to convict and recommend to the leniency of the court,
was not an improper response and was in accord with the
usage and settled practice of the courts in such a situation.

"We are unable to perceive, however, in what aspect the
reply of the learned trial court could have injured the de-
fendant.

"The conviction will be affirmed."

For the plaintiff in error, *McDermit & McDermit.*

For the defendant in error, *Frederick F. Guild,* prosecutor of the pleas.

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 12.

*For reversal*—None.